IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Brown, Cynthia D | Case Number: 04 B 13439 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 6/3/08 | Filed: 4/5/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 16, 2008
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 18,085.00 | |
| Secured: | | 7,401.83 |
| Unsecured: | | 6,574.42 |
| Priority: | | 0.00 |
| Administrative: | | 2,709.00 |
| Trustee Fee: | | 927.07 |
| Other Funds: | | 472.68 |
| Totals: | 18,085.00 | 18,085.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,709.00 | 2,709.00 |
| 2. | Triad Financial Services | Secured | 7,401.83 | 7,401.83 |
| 3. | Bud's Ambulance | Unsecured | 32.40 | 324.00 |
| 4. | Municipal Collection Services | Unsecured | 82.50 | 825.00 |
| 5. | Aspire Visa | Unsecured | 42.08 | 420.83 |
| 6. | Wal Mart Stores | Unsecured | 90.85 | 908.47 |
| 7. | Triad Financial Services | Unsecured | 409.61 | 4,096.12 |
| 8. | Internal Revenue Service | Priority | | No Claim Filed |
| 9. | SBC | Unsecured | | No Claim Filed |
| 10. | AT&T | Unsecured | | No Claim Filed |
| 11. | Cardiac & Vascular Consultants | Unsecured | | No Claim Filed |
| 12. | Balaban Furniture Ltd | Unsecured | | No Claim Filed |
| 13. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 14. | City of Blue Island | Unsecured | | No Claim Filed |
| 15. | Blue Island Radiology Consult | Unsecured | | No Claim Filed |
| 16. | AT&T Broadband | Unsecured | | No Claim Filed |
| 17. | CUI | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 20. | Comcast Digital Phone | Unsecured | | No Claim Filed |
| 21. | Gregory Emergency Physicians | Unsecured | | No Claim Filed |
| 22. | Hyun T Oh MD Ltd | Unsecured | | No Claim Filed |
| 23. | Midwest Emergency | Unsecured | | No Claim Filed |
| 24. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 25. | Neurology Associates LTD | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Brown, Cynthia D | Case Number: 04 B 13439 |
|---|---|
|  | Judge: Goldgar, A. Benjamin |
| Printed: 6/3/08 | Filed: 4/5/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Kmart Corp | Unsecured | | No Claim Filed |
| 27. | Primary Care | Unsecured | | No Claim Filed |
| 28. | Nicor Gas | Unsecured | | No Claim Filed |
| 29. | Oak Forest Hospital | Unsecured | | No Claim Filed |
| 30. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 31. | St Francis Hospital | Unsecured | | No Claim Filed |
| 32. | Telecheck | Unsecured | | No Claim Filed |
| 33. | SBC | Unsecured | | No Claim Filed |
| 34. | Suburban Heights Medical Cente | Unsecured | | No Claim Filed |
| 35. | South Suburban Cardiology | Unsecured | | No Claim Filed |
| 36. | Thornton Township | Unsecured | | No Claim Filed |
| 37. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| | | | $ 10,768.27 | $ 16,685.25 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 239.51 |
| 4% | 55.99 |
| 3% | 36.01 |
| 5.5% | 198.00 |
| 5% | 70.02 |
| 4.8% | 112.54 |
| 5.4% | 215.00 |
| | $ 927.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

